**2014–2222. State v. Steele.**
Cuyahoga App. Nos. 101139 and 101140, 2014-Ohio-5431. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellee's motion to strike appellant's notice of appeal and memorandum in

support of jurisdiction and appellant's motion for leave to amend notice of appeal, it is ordered by the court that the motion to strike is denied and the motion for leave to amend is granted.